CASE NO. 13-1683

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| WILLIE MAE DUMAS; LOWANA SHANELL DUMAS,  Plaintiffs-Appellants,  vs.  JPMORGAN CHASE BANK, N.A.; ORLANS ASSOCIATES P.C.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DYKEMA GOSSETT P.L.L.C.,  Defendants-Appellees. | <u>STIPULATION TO DISMISS APPEAL WITH PREJUDICE</u> |

Pursuant to Federal Rule of Appellate Procedure 42(b), the undersigned hereby stipulate that this appeal may be dismissed with prejudice, with each party bearing its own costs.

<u>/s/Lowana Shanell Dumas (w/consent)</u>
Plaintiff- Appellant

<u>/s/Willie Mae Dumas (w/consent)</u>
Plaintiff- Appellant

<u>/s/Matthew Mitchell</u>
Matthew Mitchell, Esq.
Defendants-Appellees JPMorgan Chase Bank, N.A. and Mortgage Electronic Registration Systems, Inc.

<u>/s/Karen E. Patros (w/consent)</u>
Karen E. Patros, Esq.
Defendant-Appellee Orlans Associates P.C.

<u>/s/Lori McAllister (w/consent)</u>
Lori McAllister, Esq.
Defendant-Appellee Dykema Gossett P.L.L.C.

July 25, 2013

## **CERTIFICATE OF SERVICE**

I certify that on July 25, 2013 pursuant to 6 Cir. R. 25, I caused the foregoing to be filed electronically, and all counsel of record will be served electronically through the ECF system and that I have mailed by First Class Mail the paper to the following non-ECF participants: Plaintiff Lowana Shanell Dumas and Willie Mae Dumas, 2615 Martin L King Avenue, Flint, Michigan 48505-4941.

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: /s/Matthew Mitchell
Matthew Mitchell (P69810)
Attorneys for Defendant-Appellees
JPMorgan Chase Bank, N.A. and
Mortgage Electronic Registration
Systems, Inc.
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304
(248) 203-0542
mmitchell@dykema.com

BH01\1866282.1
ID\MMI - 008241\1236