

UNITED STATES COURT OF APPEALS
FOR THE 6TH CIRCUIT

*On appeal from the US District Court for the Eastern District of Michigan*

**FILED**
2013 AUG -5 P 3 42
U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

WillieMae Dumas, et al
PLAINTIFFS

v.

JP Morgan Chase Bank, NA, et al
DEFENDANTS

Case Number: 13-1683
Originating Case No.: 2:12-cv-13842

12-13842

## PLAINTIFF'S CONFIRMATION OF STIPULATED CONSENT TO DISMISS APPEAL PURSUANT TO FRCP 42(b)

The plaintiffs, WillieMae Dumas and Lowana Shanell Dumas present to this honorable court to confirm:

1. THAT the defendants filed a stipulated agreement to dismiss, obtained consent from plaintiffs, and the court notified plaintiffs that a dismissal cannot be granted by the defendants filing a stipulated dismissal;

2. THAT plaintiffs were notified that they must place their consent to dismiss in writing and including their signatures; &

3. THAT pursuant to this honorable courts directive, plaintiffs have provided this confirmation of consent to dismiss the appeal.

And also:

4. THAT following the appellate filing, the plaintiffs and defendants were able to come to an agreement to settle the litigation;

5. THAT the parties have agreed to honor the terms of the settlement agreement <u>within the timeframes specified therein</u>;

6. THAT pursuant to the memorialized and executed settlement agreement, the plaintiffs have voluntarily stipulated to the dismissal of the pending appeal pursuant to FRCP 42(b).

7. THAT the parties understand that the voluntary FRCP 42(b) dismissal is contingent upon all parties honoring all terms of the settlement agreement <u>within the timeframes specified therein</u>; &

8. THAT the parties have agreed to bear their own costs.

In conclusion, Plaintiffs thank the court for requiring that they submit in writing a confirmation of stipulated dismissal, as plaintiffs are *pro se,* this is a huge issue for them, and had defendants merely filed the document without plaintiff's consent or knowledge and there been no contact from the court, plaintiffs could easily have been taken advantage of. That is really appreciated attentiveness and we gratefully thank you.

Respectfully submitted on August 02, 2013 by

s/ *Willie Mae Dumas* _____ WillieMae Dumas, plaintiff/appellant

and also

s/ *Lowana J. Dumas* _____ Lowana Dumas, plaintiff/appellant